FILED
August 4, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )
                                    )   Case No. MAG 06-0215 DAD
            Plaintiff,              )
v.                                  )   ORDER FOR RELEASE OF
                                    )   PERSON IN CUSTODY
DAVID SKELTON,                      )
                                    )
            Defendant.              )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release   DAVID SKELTON  , Case No.   MAG 06-0215 DAD  , Charge   Title 18 USC §§ 2252  , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

_X_   Bail Posted in the Sum of $ 80,000.00  Secured by property by 8/18/06

___   Unsecured Appearance Bond $ _____

___   Appearance Bond with 10% Deposit

___   Appearance Bond with Surety

___   Corporate Surety Bail Bond

_X_   (Other)   w/ conditions of release & supervision unsecured bond until posting of property.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at   Sacramento, CA   on   August 4, 2006   at   Sacramento, CA  .

By   /s/ Dale A. Drozd
     Dale A. Drozd
     United States Magistrate Judge

Original - U.S. Marshal