1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARY M. FRENCH, Bar #126643
   Supervising Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

5

6
   Attorney for Defendant
7  DAVID SKELTON

8

9
                    IN THE UNITED STATES DISTRICT COURT
10
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13
   UNITED STATES OF AMERICA,      )  NO. CR-S-06-MJ-0215 DAD
14                                 )
                    Plaintiff,     )
15                                 )  STIPULATION AND ORDER TO EXTEND
        v.                         )  TIME TO POST PROPERTY BOND
16                                 )
   DAVID SKELTON,                  )
17                                 )
                    Defendant.     )
18                                 )  Judge: Hon. Dale A. Drozd
   _____ )
19

20

21      On August 4, 2006, this Court ordered Mr. Skelton released on an

22  $80,000.00 property bond, said property bond to be posted no later than

23  the close of business on August 18, 2006.  Although most of the

24  required paperwork has been received, defense counsel needs additional

25  time to verify information on the title report and to possibly obtain

26  an updated title report, if necessary.  Accordingly, the parties agree

27  that the deadline for posting the property bond may be extended two

28  additional weeks, to September 1, 2006.  This office has contacted

1   Carolyn Delaney of the U. S. Attorneys' Office, and she has no

2   objection to this request.

3

    Dated:  August 18, 2006
4                                        Respectfully submitted,

5   McGREGOR W. SCOTT                    DANIEL J. BRODERICK
    United States Attorney               Federal Defender
6

7
     /s/ Carolyn Delaney                  /s/ Mary M. French
8   CAROLYN DELANEY                      MARY M. FRENCH
    Assistant U.S. Attorney              Assistant Federal Defender
9   Attorney for United States           Attorneys for DAVID SKELTON

10

11                    **O R D E R**

12  **IT IS SO ORDERED.**

13  **DATED: August 18, 2006.**

14

15                          _Dale A. Drozd_
                            _____
16                          DALE A. DROZD
                            UNITED STATES MAGISTRATE JUDGE
17

18

19  Ddad1/orders.criminal/skelton0215.ord

20

21

22

23

24

25

26

27

28

Stip/Order re: Property Bond          2